UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| MICHAEL GASKILL, | ) |
| Plaintiff, | ) CASE NO.: 3:12-CV-00140-RCJ-VPC |
| v. | ) O R D E R |
| STATE OF NEVADA, *et al.*, | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #23) entered on November 14, 2013, in which the Magistrate Judge recommends that the Court grant Defendant Mark Drane's Motion to Dismiss (ECF #18). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #23).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (ECF #18) is GRANTED.

IT IS FURTHER ORDERED that Defendant State of Nevada is DISMISSED from this action, the Clerk of the Court shall enter Judgment accordingly and close this case.

IT IS SO ORDERED this 2nd day of December, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE